J. Ronald Ignatuk – Bar No. 150737
Evan W. Granowitz – Bar No. 234031
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
rignatuk@shbllp.com
egranowitz@shbllp.com

Attorneys for Plaintiff Steven M. Roth

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **STEVEN M. ROTH,**<br><br>　　　　**Plaintiff,**<br>vs.<br><br>**ZURICH AMERICAN INSURANCE COMPANY,**<br><br>　　　　**Defendant.** | Case No. 2:05-cv-08991-ODW-JTL<br><br>[Hon. Otis D. Wright II, Courtroom 11]<br><br>**ORDER GRANTING SHULMAN HODGES & BASTIAN LLP'S MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF STEVEN ROTH**<br><br>Hearing Date: September 22, 2008<br>Time: 1:30 p.m.<br>Courtroom: 11<br>Judge: Hon. Otis D. Wright II<br><br>[Concurrently filed with Declaration of J. Ronald Ignatuk and Memorandum of Points and Authorities]<br><br>Trial Date: Vacated and Case Stayed |

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3009-000 H:\ODW\CV\2005\8991 Ord Re Withd of Cnsl 9-18-08.doc.rtf

**[PROPOSED] ORDER**

1  After considering the pleadings, evidence and arguments, and for good cause
2  shown;
3  The Motion is hereby **GRANTED**.
4
5
6  Dated: September 18, 2008        By: _____
                                        **The Honorable Otis D. Wright, II**
7                                       **United States District Judge**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2914-000-000\H:\ODW\CV\2005\8991 Ord Re Withd of Cnsl 9-18-08.doc.rtf

1

**[PROPOSED] ORDER**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610.

On September 18, 2008, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED: **[PROPOSED] ORDER GRANTING SHULMAN HODGES & BASTIAN LLP'S MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF STEVEN ROTH**

SERVED UPON: **Plaintiff**
Steven E. M. Roth
4500 Via Marina #430
Marina del Rey, CA 90292
steven.roth@wmi-consultancy.com

**Attorney for Defendant Zurich American Insurance Company**
Paul F. Donsbach
Kutak Rock LLP
515 S. Figueroa Street
Suite 1240
Los Angeles, CA 90071
(213) 312-4000
paul.donsbach@kutakrock.com

[X] (**BY E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2008, at Foothill Ranch, California.

_____
Melanie Rodgers