Name & Address:
Michael L. Cohen (SBN 260253)
MICHAEL L. COHEN, A PLC
707 Wilshire Blvd. #4100
Los Angeles, CA 90017
Tel: (213) 943-6800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVEN M. ROTH | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 05-8991 ODW (SSx) |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Notice of Ex Parte Application re Settlement
Declaration of Michael L. Cohen
Declaration of Steven M. Roth; Proposed Order

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other  Ex Parte Settelemnt

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☑ Manual Filing required (*reason*):
  Confidentiality Order in place; settlement amount is confidential

| January 20, 2010 | Michael L. Cohen |
|---|---|
| Date | Attorney Name |
| | Plaintiff, Steven M. Roth |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).